1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. KELLY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:05-00523 ~~GEBM~~ AWI. |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER STAYING MAGISTRATE'S ORDER |
| ) | RELEASING DEFENDANTS ON BOND |
| ROBERT F. LOGAN, ) | PENDING HEARING ON THE |
| ) | GOVERNMENT'S MOTION FOR |
| ) | REVOCATION HEARING, AND ORDER |
| Defendant. ) | SETTING BRIEFING SCHEDULE |
| ) | |

Upon application of the United States Government for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

IT IS FURTHER ORDERED that the government's motion be filed on March 17, 2006 at 9:00 a.m. and the hearing on such motion be heard on _March 20_, 2006 at 9:00 a.m.

Dated: March _15_, 2006

_____
Honorable Anthony W. Ishii

1