03/22/2006 19:08 FAX 6177489096       US DIST COURT                              ☑002/003
MAR-22-2006 WED 11:24 AM                FAX NO.                                   P. 02

AO 98A   (9/01) Includes violations of Conditions of Release as well as non-appearances as grounds for forfeiture.

# United States District Court

__EASTERN__ District of __CALIFORNIA__

UNITED STATES OF AMERICA

v.                                       **APPEARANCE AND COMPLIANCE BOND**

Robert Logan
Defendant

FILED
MAR 2 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Case Number: 1:05 CR 00523 AWI

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __10,000.00__, and there has been deposited in the Registry of the Court the sum of
$ __-0-__ in cash or __N/A__ (describe other security.)

The conditions of this bond are that the defendant, __Robert Logan__ (Name)
is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __3/22/06__ at   U.S. District Court, ED of CA
                          Date              __Fresno, California__
                                              Place

Defendant _____     Address _____
Surety    _____     Address _____
Surety    _____     Address _____

Signed and acknowledged before me on __3/22/06__
                                        Date
                                                     _____ - DEPUTY CLERK
                                                     Judicial Officer

X Approved: _____    cc: AUSA, PTS, Fed Defender

AO 98A (9/01)

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at 7 Naomi Dr., Gloucester, MA 01930 ; and that my net worth is the sum of Ten Thousand dollars dollars ($ 10,000.00).

I further state that

X _____ 
Surety

Sworn to before me and subscribed in my presence on X _____  3/22/06
                                                             Date

at U.S. District Court, 1130 O Street, Fresno, California
                                        Place

X JARRETT LOVETT                              _____
    Name and Title    Deputy Clerk             Signature of Judicial Officer/Clerk

---

I, the undersigned surety, state that I reside at _____
_____ ; and that my net worth is the sum of
_____ dollars ($ _____ ).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                        Date

at U.S. District Court, 1130 O Street, Fresno, California
                                        Place

_____ Deputy Clerk      _____
    Name and Title                           Signature of Judicial Officer/Clerk

Justification Approved: X _____
                           Judicial Officer